UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NORQUEKES LANEAL CALHOUN,
FDOC Inmate No. 163994,
    Plaintiff,

vs.                                              Case No.: 5:21cv60/TKW/EMT

GILEAD SCIENES, INC.,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

On April 26, 2021, the undersigned entered an order pointing out deficiencies in Plaintiff's complaint, directing the clerk of court to forward Plaintiff a pro se civil complaint form, and allowing Plaintiff thirty days in which to file an amended complaint (ECF No. 9). Plaintiff failed to file an amended complaint within the time allowed; the undersigned thus entered an order directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 11).

Plaintiff timely responded to the show cause order, stating "[t]his case should not be dismissed cuz [sic] I had to hire a lawyer!" (ECF No. 12 at 1). Plaintiff then provided the name and address of an attorney. Plaintiff also asserted the Panama City division of this court "has been closed since October, 2018" (*id.*).

The undersigned entered an order on June 22 pointing out that no attorney has entered an appearance in this action on Plaintiff's behalf (ECF No. 14). The undersigned also pointed out that the Panama City *division* of this court is an open and active division, as evidenced in part by the fact that Plaintiff's case is assigned to the Panama City division.[1] The undersigned found that Plaintiff failed to show cause why the case should not be dismissed based on his failure to comply with an order of the court. Because Plaintiff responded to the show cause order indicating he intends to proceed with the case, however, the undersigned allowed Plaintiff another opportunity to comply with the court's order by filing an amended complaint within thirty days. The undesigned advised that should Plaintiff fail to file an amended complaint within the time allowed, the undersigned would recommend, without further notice, that the case be dismissed. Plaintiff failed to file an amended complaint within the time allowed.

---

[1] As the undersigned explained, the Panama City courthouse sustained catastrophic damage when Hurricane Michael made landfall on October 10, 2018, and the *courthouse* has not reopened since that time. Plaintiff did not explain how the courthouse's closure affected his ability to file an amended complaint or ascertain a proper service address for Defendant, as directed (*see* ECF Nos. 9, 12).

Case No.: 5:21cv60/TKW/EMT

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 30th day of July 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**